1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN I. RIVERA,

11              Plaintiff,                    No. 2:08-cv-3106-JFM (PC)

12        vs.

13    SACRAMENTO COUNTY SHERIFF'S
      DEPARTMENT, et al.,
14
               Defendants.                   ORDER
15    _____/

16              Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18    pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

19    completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has

20    not filed a certified copy of his prison trust account statement for the six month period

21    immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22    provided the opportunity to submit a completed in forma pauperis application and a certified

23    copy in support of his application.

24    /////

25    /////

26    /////

                                              1

1         In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Within thirty days from the date of this order, plaintiff shall complete the

3    attached Notice of Submission and submit the following documents to the court:

4              a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5    and

6              b.  a certified copy of plaintiff's prison trust account statement for the six

7    month period immediately preceding the filing of the complaint.

8         2.  The Clerk of the Court is directed to send plaintiff a new Application to

9    Proceed In Forma Pauperis By a Prisoner; and

10        3.  Plaintiff's failure to comply with this order will result in a recommendation

11   that this action be dismissed without prejudice.

12   DATED: January 14, 2009.

13

14                                             

15                       UNITED STATES MAGISTRATE JUDGE

16   12
     rive3106.3c+new
17

18

19

20

21

22

23

24

25

26

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN I. RIVERA,

6                    Plaintiff,                    No. 2:08-cv-3106-JFM (PC)

                vs.

7   SACRAMENTO COUNTY SHERIFF'S

DEPARTMENT, et al.                    NOTICE OF SUBMISSION

8

                Defendants.

9   _____/

10          Plaintiff hereby submits the following document in compliance with the court's

11   order filed _____:

12                    _____          Complete Application to Proceed In Forma Pauperis

                                By a Prisoner/Certified Copy of Prison Trust Account

13                                Statement

14   DATED:

15

16                                        _____

17                                        Plaintiff

18

19

20

21

22

23

24

25

26

3