1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JOHN I. RIVERA,

10            Plaintiff,                    No. 2:08-cv-3106-JFM (PC)

11        vs.

12   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
13

            Defendants.              ORDER
14   _____/

15            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

16   42 U.S.C. § 1983.  Plaintiff filed his original complaint on December 22, 2008.  On December

17   31, 2008, plaintiff filed a signed consent to have a United States Magistrate Judge conduct all

18   proceedings in this case.  See 28 U.S.C.  636(c).  No other parties have appeared in the action.

19   For the reasons set forth in this order, the court will not order service of process on any

20   defendant.

21            Two recent court orders  was served on plaintiff's address of record and returned

22   by the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-182(f),

23   which requires that a party appearing in propria persona inform the court of any address change.

24   /////

25   /////

26   /////

                                    1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed for

2  plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f)

3  and 11-110.

4  DATED: February 19, 2009.

5

6  _____
   UNITED STATES MAGISTRATE JUDGE

7

8  /rive3106.dm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26