1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN I. RIVERA,

11              Plaintiff,              No. 2:08-cv-3106 JFM (PC)

12        vs.

13   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
14
                Defendant.             ORDER
15   _____/

16              Plaintiff is a former county jail inmate proceeding pro se with a civil rights action.

17   By order filed January 28, 2009, plaintiff's complaint was dismissed with leave to amend.

18   Plaintiff did not file an amended complaint.[1]  On January 30, 2009, plaintiff filed a notice of

19   change of address.  Subsequently, documents served by the Clerk of the Court at that address

20   were returned undelivered.  Accordingly, on February 19, 2009, this action was dismissed due to

21   plaintiff's failure to keep the court apprised of his current address.  On February 27, 2009,

22   plaintiff filed a request to reopen this action.  In the request, he alleges that the address he

23   provided is "just for mailing" and that he is homeless.  Good cause appearing, the Clerk of the

24   _____

25        [1] On December 31, 2008, a document was docketed in this action as an amended
     complaint.  The document appears to be a copy of plaintiff's original complaint, filed December
26   22, 2008.

Court will be directed to send plaintiff a copy of this court's January 28, 2009 order. Plaintiff will be granted a period of thirty days in which to submit to the court a proposed amended complaint. Upon receipt of the proposed amended complaint, the court will, as appropriate, consider plaintiff's request to reopen this action. In the event that plaintiff fails to file a proposed amended complaint, his request to reopen this action will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of this court's January 28, 2009 order dismissing his complaint with leave to amend together with the court's form civil rights complaint and accompanying instructions;

2. Plaintiff is granted thirty days from the date of this order to file a proposed amended complaint on the form provided with this order; and

3. Failure to file a proposed amended complaint will result in the denial of plaintiff's request to reopen this action.

DATED: March 10, 2009.

UNITED STATES MAGISTRATE JUDGE

12
rive3106.60b

2